UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZACHARY S. GAUTHIER,

Defendant.

**19 -CR-17**

Case No. 19-CR-

[18 U.S.C. §§ 2423(a), 2423(b), & 2314]

**Green Bay Division**

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES:

From on or about August 5, 2018, and continuing until on or about November 1, 2018, in the State and Eastern District of Wisconsin and elsewhere,

### ZACHARY S. GAUTHIER

knowingly transported Minor Female A, who had not attained the age of 18 years, in interstate commerce from the state of Wisconsin to the states of Texas and Alabama, with the intent that Minor Female A engage in sexual activity for which Gauthier can be charged with a criminal offense under Texas Penal Code §§ 21.11(a) & 22.011, and Alabama Criminal Code §§ 13A-6-62 & 13A-6-67.

In violation of Title 18, United States Code, Section 2423(a).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

From on or about August 5, 2018, and continuing until on or about November 1, 2018, in the State and Eastern District of Wisconsin and elsewhere,

### ZACHARY S. GAUTHIER

knowingly traveled in interstate commerce from the state of Wisconsin to the states of Texas and Alabama, with the intent and purpose to engage in illicit sexual conduct with Minor Female A, who had not attained the age of 18 years.

In violation of Title 18, United States Code, Section 2423(b).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

From on or about August 5, 2018, and continuing until on or about November 1, 2018, in the State and Eastern District of Wisconsin and elsewhere,

## ZACHARY S. GAUTHIER

knowingly transported and caused to be transported in interstate commerce $5,000 or more of stolen and converted money, knowing the money to have been stolen and converted.

In violation of Title 18, United States Code, Sections 2314 and 2.

## FORFEITURE NOTICE

1.      Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(d), and 2428, upon conviction of the offenses in Counts One through Three, in violation of Title 18, United States Code, Sections 2423(a), 2423(b), and 2314, respectively, the defendant, Zachary S. Gauthier, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

2.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the United States of America shall be entitled to forfeiture of substitute property if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

FOREPERSON

Dated:    $2/5/19$

MATTHEW D. KRUEGER
United States Attorney

4