UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 19-CR-17

ZACHARY S GAUTHIER,

    Defendant.

## ORDER GRANTING MOTION FOR CONTINUANCE

Defendant Zachary Gauthier has filed a motion asking that the final pre-trial conference and trial dates in his case be removed from the court's calendar. The Defendant asks that the case be set for a status conference in 60 days. Defendant states that he agrees that the need for the delay serves the ends of justice and outweighs the best interest of either the public or the defendant in a speedy trial. Specifically, the defendant refers to additional charges he is facing in another state that he apparently wishes to resolve along with this case so he is not facing multiple charges in multiple jurisdictions. The government does not oppose the request.

Based upon the following, the court finds that the interests of the government and the defendant in a speedy trial is outweighed by the interests of the defendant in being able to resolve his cases short of trial in two separate states. Accordingly, the motion is granted and the additional time necessary to allow counsel to work with his client is excluded from the Speedy Trial Act calculation. The Clerk is directed to set this matter on the court's calendar for a status conference in 60 days.

Dated this __8th__ day of April, 2019.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court