UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

___

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case Nos. 19-CR-0017-WCG
                                                 19-CR-154-WCG

ZACHARY S. GAUTHIER,

    Defendant.

___

## DEFENDANT'S MOTION TO SEAL
## DEFENSE EX PARTE APPLICATION
## TO OBTAIN EXPERT SERVICES

___

    Defendant Zachary S. Gauthier, by counsel Thomas G. Wilmouth, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin and 18 U.S.C. §3006A(e)(1) moves the Court for an Order sealing the defendant's ex parte submission dated September 30, 2019.

    As grounds therefore, the defendant relies on the facts and circumstances described in said submission.

    Dated at Green Bay, Wisconsin this 30th day of September, 2019.

Respectfully submitted,

/s/ Thomas G. Wilmouth

Thomas G. Wilmouth

WI Bar No. 1011746

P.O. Box 787

Green Bay, WI 54305

[715] 525-1685 Telephone

[715] 598-6208 Facsimile

tom.wilmouth@gmail.com