UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case Nos. 19-CR-0017-WCG
                                                                                       19-CR-154-WCG

ZACHARY S. GAUTHIER,

    Defendant.

_____

**DEFENDANT'S MOTION TO SEAL EX PARTE MOTION TO DISCLOSE REDACTED PSI TO DEFENSE EXPERT EVALULATOR**

_____

Defendant Zachary S. Gauthier, by counsel Thomas G. Wilmouth, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin and 18 U.S.C. §3006A(e)(1), moves the Court for an Order sealing the defendant's ex parte submission dated November 14, 2019.

As grounds therefore, the defendant relies on the facts and circumstances described in said submission.

Dated at Green Bay, Wisconsin this 14th day of November, 2019.

1

Respectfully submitted,

<u>/s/ Thomas G. Wilmouth</u>
Thomas G. Wilmouth
WI Bar No. 1011746
P.O. Box 787
Green Bay, WI 54305
[715] 525-1685 Telephone
[715] 598-6208 Facsimile
tom.wilmouth@gmail.com