UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case Nos. 19-CR-00017-WCG
                                                                      19-CR-00154-WCG

ZACHARY S. GAUTHIER,

    Defendant.

_____

## DEFENDANT'S MOTION TO SEAL

_____

Defendant Zachary S. Gauthier, by counsel Thomas G. Wilmouth, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, moves for an Order sealing the defendant's submission dated February 3, 2020 until further Order of this Court.

As grounds therefore, the defendant relies on facts and circumstances described in said submission.

Dated at Green Bay, Wisconsin on February 3, 2020.

1

Respectfully submitted,

/s/ Thomas G. Wilmouth
Thomas G. Wilmouth
WI Bar No. 1011746
P.O. Box 787
Green Bay, WI 54305
[715] 525-1685 Telephone
[715] 598-6208 Facsimile
tom.wilmouth@gmail.com